The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNTED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br><br> RODERICK WILLIAMS, <br><br> Defendant. | NO. CR21-125-RSL <br><br><br> ORDER TO EXTEND DUE DATE |

The Court, having considered the stipulated request and other facts apparent from the record, grants the request for an extension.

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion for Early Termination is extended to no later than January 5, 2023 and the Defendant's Motion is re-noted for January 6, 2023.

DATED this 22nd day of December, 2022.

*[signature]*
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ Rachel Yemini*
RACHEL YEMINI
Assistant United States Attorney

ORDER TO EXTEND DUE DATE - 1
*United States v. Williams* CR21-125-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970