UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK WILLIAMS,<br><br>Defendant. | Case No. CR21-125-RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 5). The Court, having reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), DENIES defendant's motion.

While the Court does not find termination appropriate at this time, it commends defendant's many accomplishments on supervised release. If defendant continues to remain violation-free, the Court encourages him to submit a revised motion for early termination of supervised release in May 2023.

IT IS SO ORDERED.

DATED this 11th day of January, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR TERMINATION - 1