JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK WILLIAMS,<br><br>Defendant. | No. CR21-125RSL<br><br>ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Renewed Motion for Early Termination of Supervised Release and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Williams's supervised release is warranted by the conduct of Mr. Williams and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Williams shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

ORDER GRANTING RENEWED MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Williams*, CR21-125-RSL)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

DONE this 2nd day of June, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

Submitted by:

s/ *Corey Endo*
First Assistant Federal Defender
Attorney for Roderick Williams

ORDER GRANTING RENEWED MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Williams*, CR21-125-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100